**RUSS AUGUST & KABAT**
Larry C. Russ, State Bar No. 82760
Daniel P. Hipskind, State Bar No. 266763
Dorian S. Berger, State Bar No. 264424
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel:  (310) 826-7474
Fax:  (310) 826-6991
Email: lruss@raklaw.com
Email: dhipskind@raklaw.com
Email: dberger@raklaw.com

Attorneys for Plaintiff,
Glennon Marrero

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Glennon Marrero,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Michael Ray Nguyen-Stevenson; Universal Music Group, Inc.; Tilly's, Inc.; Shiekh Shoes; and Doe Corporation,<br><br>　　　　　Defendants. | Case No. _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Glennon Marrero ("Plaintiff" or "Marrero"), is a graphic designer and owner of copyrighted images. Defendants Michael Ray Nguyen-Stevenson ("Stevenson"); Universal Music Group, Inc. ("UMG"); Tilly's, Inc. ("Tilly's"); Shiekh Shoes; and a certain unnamed Doe Corporation (collectively, "Defendants") willfully infringed Marrero's copyrights, by displaying, selling and distributing copies of Marrero's images without authorization from Marrero. As the copyright holder, Marrero brings this lawsuit to enjoin Defendants from further committing copyright infringement and to recover damages from Defendants' exploitation thereof. Marrero has provided notice to the Defendants, who are continuing to infringe Marrero's copyrights.

## FACTUAL BACKGROUND

1. Plaintiff Glennon Marrero and Defendant Michael Ray Nguyen-Stevenson first met in 2006 through mutual friends.

2. Throughout the period of 2006-2009, Stevenson, performing under the stage name, "Tyga," gained increasing attention as a promising young musician in the rap genre of music.

3. Plaintiff Marrero is the owner of valid copyright registrations in works known as "Last Kings Pharaoh Logo" and "Careless World Logo," Registration Nos. VA 1-870-668 and VA 1-870-611, respectively. Copies of the copyright certificates of registration are attached hereto as Exhibits A and B (the "Works").

4. Marrero also owns two additional copyrights in graphic design works known as "Last Kings Design with Pharaoh Head" and "Last Kings Logo with Border." The copyright registrations for these two works are currently pending before the United States Copyright Office.

5. Among the various graphic designs Defendants are currently using without license or authority is the copyrighted Pharaoh Head image (shown below in Figure 1).

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT



**Figure 1: Copyrighted Pharaoh Head Graphic Design**

6.    Marrero created the Pharaoh Head image on August 14, 2010. Marrero is the owner of the valid copyright registration on the Pharaoh Head image. A copy of the valid certificate of registration duly issued by the United States Copyright Office is attached hereto as Exhibit A.

7.    Each Defendant has sold, and on information and belief, continues to sell a variety of clothing incorporating the copyrighted Pharaoh Head image shown above in Figure 1. Examples of the infringing clothing line sold by Defendants are shown below in Figures 2-4.



COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Figure 2: Infringing Pharaoh Head Tee Shirt**



**Figure 3: Infringing Pharaoh Head Hat**



**Figure 4: Infringing Pharaoh Head Tank Top**

8.  Defendants Stevenson and UMG are also using the Careless World image (shown below in Figure 5) without license or authority.

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT



**Figure 5: Copyrighted Careless World Graphic Design**

9. Marrero created the Careless World image on November 1, 2010. Marrero is the owner of the valid copyright registration on the Careless World image. A copy of the valid certificate of registration duly issued by the United States Copyright Office is attached hereto as Exhibit B.

10. Defendants Stevenson and UMG have sold, and on information and belief, continue to sell a variety of clothing incorporating the copyrighted Careless World image shown above in Figure 5. An example of the infringing Careless World clothing line sold by Defendants Stevenson and UMG is shown below in Figure 6.



**Figure 6: Infringing Careless World Tee Shirt**

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## PARTIES

11. Plaintiff Glennon Marrero is a United States citizen and a resident of Los Angeles, California.

12. On information and belief, Defendant Michael Ray Nguyen-Stevenson is a resident of Calabasas, California. Stevenson, performing under the stage name "Tyga," is a top selling rap artist. On February 21, 2012, Stevenson released an album entitled "Careless World: Rise of the Last King." This album had a peak chart position of number four on Billboard Magazine's United States Album Charts. Stevenson's subsequent album Hotel California was released on April 9, 2013 and held the number one position on Billboard Magazine's Rap Album Chart.

13. On information and belief, Defendant Universal Music Group, Inc. is a Delaware corporation with a principal place of business at 2220 Colorado Avenue, Santa Monica, California 90404.

14. On information and belief, Defendant Tilly's, Inc. is a Delaware corporation with a principal place of business at 10 Whatney, Irvine, California 92618.

15. On information and belief, Defendant Shiekh Shoes is a privately-held West Coast footwear and apparel retailer that operates in over 140 retail stores throughout the Western and Midwestern United States. On information and belief, Shiekh Shoes has a principal place of business at 1777 Vintage, Ontario, California 91761.

16. Defendant Doe Corporation is the corporate entity responsible for operating a website offering Last Kings clothing incorporating infringing graphic designs (http://lastkingsdesigns.net/). Doe Corporation's identity is not presently known to Marrero; however, on information and belief, Defendant Stevenson is in possession of documents and information from which Doe Corporation's identity can be readily ascertained.

## JURISDICTION AND VENUE

17. This Court has jurisdiction over Marrero's copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

18. This Court has personal jurisdiction over each Defendant because Defendants have established minimum contacts with the forum state of California. Defendant Stevenson resides within Los Angeles County, California. Defendant UMG has its principal place of business in Los Angeles County, California; Defendant Tilly's has its principal place of business in Orange County, California; and Defendant Shiekh Shoes has its principal place of business in San Bernardino County, California. Further, each Defendant has and continues to commit acts of copyright infringement within the forum state of California. Thus, Defendants have purposefully availed themselves of the benefits of the State of California and the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice.

19. Venue is proper in this District under 28 U.S.C. §§ 1391 (b)-(d) and 1400(a) because Defendants are subject to personal jurisdiction in this District, have committed acts of copyright infringement in this District, or have a regular and established place of business in this District.

## COUNT I

### (Copyright Infringement: Pharaoh Head Image)

20. Plaintiff incorporates by reference and re-alleges paragraphs 1-19 of this Complaint.

21. Plaintiff's Pharaoh Head graphic design is an original, creative work of expression that constitutes copyrightable subject matter under 17 U.S.C. § 101 *et seq*. At all relevant times, Plaintiff has owned all of the rights and privileges in and to this work, and Plaintiff has acquired a registration (No. VA 1-870-668) for the "Last Kings Pharaoh Logo" graphic design from the United States Registrar of Copyrights.

22. Plaintiff provided to Defendant Stevenson a copy of the work entitled "Last Kings Pharaoh Logo." At all times material to the allegations set forth herein, Defendant Stevenson knew that the work entitled "Last Kings Pharaoh Logo" was copyrighted and that such copyrights were and are owned by Plaintiff.

23. Marrero first learned that Defendant Stevenson was infringing his copyright in the Pharaoh Head image by selling clothing incorporating the Pharaoh Head image without Marrero's permission and without compensating Marrero in March 2012.

24. Marrero then contacted Stevenson and asked for compensation for the use of Marrero's copyrighted graphic designs.

25. Stevenson refused to negotiate any agreement with Marrero. Terrell Meeks, Stevenson's Tour Manager in March 2012, told Marrero that he would need to sue Stevenson if Marrero wanted compensation for the sale of clothing incorporating Marrero's designs.

26. Defendant Stevenson has been and still is willfully infringing Plaintiff's copyright in the work titled "Last Kings Pharaoh Logo," thus causing irreparable damage.

27. On information and belief, Defendant Stevenson provided to Defendants UMG, Tilly's, Shiekh Shoes, and Doe Corporation copies of the work entitled "Last Kings Pharaoh Logo" for the purpose of selling clothing incorporating the copyrighted Pharaoh Head image.

28. On August 22, 2013, Defendant UMG was notified in writing that it was infringing Plaintiff's rights under the Copyright Act by continuing to sell clothing incorporating the graphic design entitled "Last Kings Pharaoh Logo." A copy of the Pharaoh Head image was attached to the letter providing notice that UMG was infringing Plaintiff's copyrights.

29. On August 23, 2013, Defendants Tilly's and Shiekh Shoes were notified in writing that they were infringing Plaintiff's rights under the Copyright

Act by continuing to sell clothing incorporating the graphic design entitled "Last Kings Pharaoh Logo." A copy of the Pharaoh Head image was attached to the letters providing notice that Defendants were infringing Plaintiff's copyrights.

30. Defendants Stevenson, UMG, Tilly's, and Shiekh Shoes continue to willfully infringe Plaintiff's copyright by continuing to sell the infringing clothing in violation of the copyrights, thus causing irreparable damage.

## COUNT II
### (Copyright Infringement: Careless World Image)

31. Plaintiff incorporates by reference and re-alleges paragraphs 1-30 of this Complaint.

32. Plaintiff's Careless World graphic design is an original, creative work of expression that constitutes copyrightable subject matter under 17 U.S.C. § 101 *et seq*. At all relevant times, Plaintiff has owned all of the rights and privileges in and to this work, and Plaintiff has acquired a registration (No. VA 1-870-611) for the "Careless World Logo" graphic design from the United States Registrar of Copyrights.

33. Plaintiff provided to Defendant Stevenson a copy of the work entitled "Careless World Logo." At all times material to the allegations set forth herein, Defendant Stevenson knew that the work entitled "Careless World Logo" was copyrighted and that such copyrights were and are owned by Plaintiff.

34. Marrero first learned that Defendant Stevenson was infringing his copyright in the Careless World image by selling clothing incorporating the Careless World image without Marrero's permission and without compensating Marrero in March 2012.

35. Marrero then contacted Stevenson and asked for compensation for the use of Marrero's copyrighted graphic designs.

36. Stevenson refused to negotiate any agreement with Marrero. Terrell Meeks, Stevenson's Tour Manager in March 2012, told Marrero that he would need

to sue Stevenson if Marrero wanted compensation for the sale of clothing incorporating Marrero's designs.

37. Defendant Stevenson has been and still is willfully infringing Plaintiff's copyright in the work titled "Careless World Logo," thus causing irreparable damage.

38. On August 22, 2013, Defendant UMG was notified in writing that it was infringing Plaintiff's rights under the Copyright Act by continuing to sell clothing incorporating the graphic design entitled "Careless World Logo." A copy of the Careless World image was attached to the letter providing notice that UMG was infringing Plaintiff's copyrights.

39. Defendants Stevenson and UMG continue to willfully infringe Plaintiff's copyright by continuing to sell the infringing clothing in violation of the copyrights, thus causing irreparable damage.

## PRAYER FOR RELIEF

Marrero prays for the following relief:

1. That this Court find Defendants have infringed on Marrero's copyrights in the Works.

2. That Defendants, and their agents, joint ventures, servants, employees, and all other persons in active concert or privity or in participation with them be enjoined from directly or indirectly infringing on Marrero's rights in the Works including the rights to sublicense, sell, distribute, reproduce, publicly display, market, license, transfer, advertise or develop derivatives of the Works.

3. That Defendants be required to file with the Court and to serve on Marrero within thirty (30) days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail each sale, distribution, reproduction, public display, marketing, license, lease, transfer, advertisement, or development of any works derived or copied from the Works.

4. That Defendants be required to account for all gains, profits, and

advantages derived from their acts of infringement, including the provision of an accounting of revenue or other consideration generated from the sale, distribution, reproduction, public display, marketing, license, lease, transfer, of the Works.

5. An award to Plaintiff pursuant to 17 U.S.C. § 504(b) of all profits derived by Defendants' sale of infringing products.

6. An award to Plaintiff pursuant to 17 U.S.C. § 505 against Defendants of Plaintiff's reasonable attorneys' fees, costs, and expenses incurred in this action;

7. An award against Defendants to pay supplemental damages to Plaintiff, including, without limitation, prejudgment and post-judgment interest.

8. Any and all other relief to which Marrero may show himself to be entitled.

## JURY TRIAL DEMANDED

Marrero hereby demands a trial by jury of all issues so triable.

Dated: December 18, 2013

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: *[signature]*
Daniel P. Hipskind

Larry C. Russ, State Bar No. 82760
Email: lruss@raklaw.com
Daniel P. Hipskind, State Bar No. 266763
Email: dhipskind@raklaw.com
Dorian S. Berger, State Bar No. 264424
Email: dberger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Glennon Marrero