Steven L. Krongold (State Bar No. 125952)
**Krongold Law Corp., P.C.**
100 Spectrum Drive, 9th Floor
Irvine, California 92618
Phone: 949-651-1900
Fax:    949-861-9225
Email: steve@krongoldlaw.com

*Attorney for Michael Ray Nguyen-Stevenson;*
*Tilly's, Inc.; and Shiekh Shoes*

OLAVI DUNNE LLP
Daniel P. Hipskind, State Bar No. 266763
Dorian S. Berger, State Bar No. 264424
445 S. Figueroa St., Ste. 3170
Los Angeles, California 90071
Tel:  (213) 516-7900
Fax: (213) 516-7910
Email: dhipskind@olavidunne.com
Email: dberger@olavidunne.com

*Attorneys for Plaintiff,*
*Glennon Marrero*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GLENNON MARRERO,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL RAY NGUYEN-STEVENSON; UNIVERSAL MUSIC GROUP, INC.; TILLY'S, INC.; SHIEKH SHOES; and DOE CORPORATION,<br><br>            Defendants.<br><br>RELATED CROSS-ACTIONS | Case No. 2:13-cv-09291-CBM-PJW<br>Hon. Consuelo B. Marshall<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS OF ALL PARTIES WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Glennon Marrero and Defendants Michael Ray Nguyen-Stevenson, Tilly's, Inc., and Shiekh Shoes that pursuant to an agreement between the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendants and all of Defendants' counterclaims against Plaintiff in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 12, 2015            KRONGOLD LAW CORP., P.C.

By: __/s/ Steven L. Krongold_____
Steven L. Krongold
Attorney for Michael Ray Nguyen-Stevenson; Tilly's, Inc.; and Shiekh Shoes.

Dated: June 12, 2015            OLAVI DUNNE LLP

By: ___/s/ Daniel P. Hipskind_____
Daniel P. Hipskind
Attorney for Glennon Marrero